No. 519. UNITED STATES EX REL. JORDAN *v.* ICKES, SECRETARY OF THE INTERIOR. January 3, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. James E. Watson* and *Orin de Motte Walker* for petitioner. *So-*

*licitor General Fahy, Assistant Attorney General Littell,* and *Mr. Norman MacDonald* for respondent.

No. 523. MIDDLETON & CO. (CANADA), LTD., ET AL. *v.* OCEAN DOMINION STEAMSHIP CORP. January 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Henry N. Longley* and *Ezra G. Benedict Fox* for petitioners. *Messrs. John W. Griffin* and *Wharton Poor* for respondent.